Order issued January 8, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01577-CV

## IN RE METROPCS COMMUNICATIONS, INC; DEUTSCHE TELEKOM; T-MOBILE USA, INC.; ROGER D. LINDQUIST; W. MICHAEL BARNES; JACK F. CALLAHAN, JR.; C. KEVIN LANDRY; ARTHUR C. PATTERSON; AND JAMES N. PERRY, JR., Relators

Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-12-06144-A

# ORDER

Before Justices Bridges, Lang, and Fillmore

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial court judge, the Honorable D'Metria Benson, Presiding Judge of Dallas County Court at Law No. 1, to (1) **VACATE** her November 16, 2012 "Temporary Restraining Order"; (2) **RENDER** an order denying real party in interest Adam Golovoy's November 5, 2012 motion for a temporary restraining order; and (3) **RENDER** an order granting relators' November 12, 2012 motion to stay the case until relators' November 12, 2012 motion to dismiss is decided by the trial court.

Should the trial court judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial court judge to file with this Court, **within thirty (30) days of the date of this**

**order**, a certified copy of her orders issued in compliance with this order.

We **ORDER** that relators recover their costs of this original proceeding from real party in interest.

DOUGLAS S. LANG
JUSTICE